NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

EDWARD RUIZ MURGUIA,                )
                                    )
            Appellant,              )
                                    )
v.                                  )        Case No. 2D19-282
                                    )
STATE OF FLORIDA,                   )
                                    )
            Appellee.               )
_____    )

Opinion filed November 1, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Manatee County; Hunter W. Carroll, Judge.

PER CURIAM.

            Affirmed.

NORTHCUTT, MORRIS, and BADALAMENTI, JJ., Concur.